___



**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
___

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 CASE NO.: |
| ELIZABETH MACK | 21-10487-JDW |

### ORDER GRANTING MOTION TO DISMISS (DKT. #33)

THIS MATTER came before the Court on the Motion to Dismiss (Dkt. #33) (the "Motion") filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee"). The Trustee advised the Court that the Debtor did not cure the delinquency in plan payments. The Court finds that no responses to the Motion were timely-filed; therefore, the Motion is due to be granted and the Court orders as follows:

1. The Motion shall be and is hereby granted.
2. This case shall be and is hereby dismissed.

##END OF ORDER##

SUBMITTED BY:

/s/ Melanie T. Vardaman
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, MS 39211
(601) 355-6661
ssmith@barkley13.com